RYNDON DURALL

VERSUS

HONORABLE JUDGE JUNE BERRY
DARENSBURG

NO. 24-K-414

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

September 10, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** RYNDON DURALL

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B.
DARENSBURG, DIVISION "C", NUMBER 24-1324

Panel composed of Judges Fredericka Homberg Wicker,
Stephen J. Windhorst, and Scott U. Schlegel

**WRIT GRANTED**

In this *pro se* writ application filed on September 3, 2024, relator, Ryndon Durall, seeks mandamus relief to order the district court to rule on his Motion for Preliminary Examination and Motion for Bond Reduction.

Our review of the official record indicates that relator filed his Motion for Preliminary Hearing and Motion for Bond Reduction on March 8, 2024, in Case No. 24-1324. However, there is no indication in the official record that the district court has ruled on these motions.

Accordingly, we grant relator's writ of mandamus for the limited purpose of ordering the district court to rule on relator's Motion for Preliminary Hearing and Motion for Bond Reduction within 30 days of this writ disposition, if it has not already done so. We further order the district court to provide this Court with a copy of its ruling.

Gretna, Louisiana, this 10th day of September, 2024.

**SUS**
**FHW**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/10/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-K-414**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Ryndon Durall #123699 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054